IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                      Case No. 4:11-cr-40018-001

JASON HORN                                                                                       DEFENDANT

## ORDER

Before the Court is Defendant Jason Horn's Motion for Early Termination of Supervised Release. (ECF No. 71). The Government has written the Court recommending that the Court grant Defendant's Motion. The Court finds the matter ripe for consideration.

On September 24, 2012, this Court sentenced Defendant to serve 108 months imprisonment and 5 years supervised release for his involvement in a conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii). (ECF No. 54). Defendant was released from prison and began his supervised release in September 2017. Defendant's supervised release is scheduled to terminate on September 27, 2022.

Since his release, Defendant has maintained employment and participated in substance use testing with no positive test results. The United States Probation and Pretrial Services Office states that Defendant has significantly improved his personal relationships and separated himself from his prior criminal influences. Defendant is in substantial compliance with all conditions of his supervision.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a),

to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 71) should be and hereby is **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's supervised release is hereby terminated.

**IT IS SO ORDERED**, this 3rd day of November, 2021.

/s/ Susan O. Hickey  
Susan O. Hickey  
United States District Judge